UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

James L. Kopecky

                Plaintiff,

v.                                                                        Case No.: 1:08−cv−03135
                                                                          Honorable Blanche M. Manning

Mark Vehslage, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: The court has reviewed the jurisdictional allegations in the complaint pursuant to Wisconsin Knife Works v. National Metal Crafters, 781 F.2d 1280, 1282 (7th Cir. 1986) ("the first thing a federal judge should do when a complaint is filed is check to see that federal jurisdiction is properly alleged"). The receiver's complaint seeks relief under two state law theories and contains allegations about the defendants' state of residency. However, citizenship (not residency) is what matters for diversity jurisdiction, so "[w]hen the parties allege residence but not citizenship, the court must dismiss the suit." Guaranty National Title Co. v. J.E.G. Associates, 101 F.3d 57, 59 (7th Cir. 1996). The court thus finds that the allegations in the complaint do not establish that diversity jurisdiction is proper. The receiver is directed to file an amended complaint by June 23, 2008, addressing this issue. The court also notes that the courtesy copy of the complaint provided to the court as well as the version of the complaint that was filed electronically do not contain any attachments. Finally, to the extent that the receiver believes that this action is related to SEC v. Weaver, 04 C 8279, et al., he should file an appropriate motion with Judge Pallmeyer promptly.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.