IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES L. KOPECKY, RECEIVER FOR BRAD A. WEAVER AND BETA ASSET MANAGEMENT, INC., | ) ) ) Case No. 08 C 3135 |
| Plaintiff, | ) ) |
| v. | ) Honorable Blanche M. Manning ) |
| MARK VEHSLAGE, HEATHER LENGYEL, AND RICHARD SCHRIPSEMA, | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' AGREED MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants Mark Vehslage and Heather Lengyel ("Defendants" or the "Vehslages"), through their attorneys, hereby file this motion for an order extending the time for Defendants to respond to Plaintiff's Amended Complaint. In support of this Motion, Defendants respectfully state as follows:

1. On May 30, 2008, Plaintiff filed his original two-count complaint against three individual defendants: Mark Vehslage, Heather Lengyel, and Richard Schripsema. Mark and Heather are a couple residing in the state of California.

2. On June 3, 2008, Plaintiff filed his three-count amended complaint (the "Amended Complaint") against the same three defendants.

3. Due to summer schedules, the Vehslages and their counsel have not yet been able to meet to discuss the Amended Complaint and the appropriate response.

4. The Veghslages are in the process of reviewing and investigating the allegations made in Plaintiff's Amended Complaint, but desire a brief extension of time within which to

consult with their counsel and prepare an answer and/or motion to dismiss as to the counts of the Amended Complaint.

5.  Accordingly, the Vehslages respectfully request that this Court enter an order extending the time for them to respond to the Amended Complaint to and including July 21, 2008.

6.  On July 1, 2008, Plaintiff agreed to Defendants' extension request as long as the undersigned counsel filed appearance by the next day.  The undersigned counsel filed an appearance for the Vehslages on July 1, 2008.

WHEREFORE, Defendants, Mark Vehslage and Heather Lengyel, respectfully request this Court enter an order:

(a)  Extending the time for the Vehsalges to respond to Plaintiff's Amended Complaint to and including July 21, 2008;

(b)  Granting other relief that is just and proper.


July 3, 2008                                    Respectfully Submitted by
                                                Mark Vehslage and Heather Lengyel

                                                /s/     Zhiyuan Xu
                                                One of their Attorneys

                                                Matthew C. Crowl
                                                Eugene J. Geekie, Jr.
                                                Zhiyuan "Mike" Xu
                                                SCHIFF HARDIN LLP
                                                6600 Sears Tower
                                                233 South Wacker Drive
                                                Chicago, IL  60606
                                                Telephone: (312) 258-5500
                                                Facsimile: (312) 258-5600
                                                egeekie@schiffhardin.com
                                                mcrowl@schiffhardin.com
                                                mxu@schiffhardin.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 3, 2008, copies of the foregoing were caused to be served upon those parties listed below in the manner identified below.

**Via the ECF System**
James L. Kopecky
James L. Kopecky, P.C.
190 S. LaSalle St., Ste. 850-A
Chicago, Illinois 60610
Phone (312)-527-3966
Fax (312)-527-3968
jim@jlkopecky.com
*Counsel for Plaintiff*

/s/   Zhiyuan Xu

CH1\5863778.2