IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. KOPECKY, RECEIVER<br>FOR BRAD A. WEAVER AND<br>BETA ASSET MANAGEMENT, INC., | )<br>)<br>) | Case No. 08 C 3135 |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Honorable Blanche M. Manning |
| MARK VEHSLAGE, HEATHER LENGYEL,<br>AND RICHARD SCHRIPSEMA, | )<br>)<br>) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: The Attached Service List /Certificate of Service

**PLEASE TAKE NOTICE** that on Tuesday, July 8, 2008, at 11:00 a.m., or as soon thereafter as we may be heard on this matter, the undersigned shall appear before the Honorable Blanche M. Manning, or any Judge sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Courtroom 2125, Chicago, Illinois, and present **Defendants' Agreed Motion To Extend Time to Respond to Plaintiff's Amended Complaint**, copies of which are attached hereto and herewith served upon you.

[This Space Intentionally Left Blank]

July 3, 2008                                     Respectfully Submitted,
                                                 Mark Vehslage and Heather Lengyel

                                                 /s/      Zhiyuan Xu
                                                 One of their Attorneys

                                                 Matthew C. Crowl
                                                 Eugene J. Geekie, Jr.
                                                 Zhiyuan "Mike" Xu
                                                 SCHIFF HARDIN LLP
                                                 6600 Sears Tower
                                                 233 South Wacker Drive
                                                 Chicago, IL  60606
                                                 Telephone: (312) 258-5500
                                                 Facsimile: (312) 258-5600
                                                 egeekie@schiffhardin.com
                                                 mcrowl@schiffhardin.com
                                                 mxu@schiffhardin.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 3, 2008, copies of the foregoing were caused to be served upon those parties listed below in the manner identified below.

**Via the ECF System**
James L. Kopecky
James L. Kopecky, P.C.
190 S. LaSalle St., Ste. 850-A
Chicago, Illinois 60610
Phone (312)-527-3966
Fax (312)-527-3968
jim@jlkopecky.com
*Counsel for Plaintiff*

                                                 /s/      Zhiyuan Xu