IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. KOPECKY, RECEIVER FOR BRAD A. WEAVER AND BETA ASSET MANAGEMENT, INC., | ) ) ) ) | Case No. 08 C 3135 |
| Plaintiff, | ) ) | |
| v. | ) ) | Honorable Blanche M. Manning |
| MARK VEHSLAGE, HEATHER LENGYEL, AND RICHARD SCHRIPSEMA, | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS
THE AMENDED COMPLAINT PURSUANT TO RULE 12(b)**

Defendants Mark Vehslage and Heather Lengyel, who are husband and wife (the "Vehsalges"), through their attorneys, and pursuant to Federal Rule of Civil Procedure 12(b), respectfully move this Court to dismiss Plaintiff's Amended Complaint (the "Complaint"). In support of this Motion, Defendants submit the accompanying Memorandum of Law.

For the reasons set forth in the accompanying Memorandum of Law, the Vehslages request entry of order:

(a) Dismissing with prejudice the Complaint, and

(b) Granting such other and further relief that this Court deems just and proper.

July 21, 2008                                   Respectfully Submitted,
                                                Mark Vehslage and Heather Lengyel

                                                /s/      Zhiyuan Xu
                                                One of their Attorneys

                                                Eugene J. Geekie, Jr.
                                                Matthew C. Crowl
                                                Zhiyuan "Mike" Xu
                                                SCHIFF HARDIN LLP
                                                6600 Sears Tower
                                                233 South Wacker Drive
                                                Chicago, IL  60606
                                                Telephone: (312) 258-5500
                                                Facsimile: (312) 258-5600
                                                egeekie@schiffhardin.com
                                                mcrowl@schiffhardin.com
                                                mxu@schiffhardin.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 21, 2008, copies of the foregoing **Motion to Dismiss the Amended Complaint** were caused to be served upon the party listed below in the manner identified below.

**Via the ECF System**
James L. Kopecky
James L. Kopecky, P.C.
190 S. LaSalle St., Ste. 850-A
Chicago, Illinois 60610
Phone (312)-527-3966
Fax (312)-527-3968
jim@jlkopecky.com
*Counsel for Plaintiff*

                                                /s/      Zhiyuan Xu