IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. KOPECKY, RECEIVER FOR BRAD A. WEAVER AND BETA ASSET MANAGEMENT, INC., | ) ) ) ) | Case No. 08 C 3135 |
| Plaintiff, | ) ) | |
| v. | ) ) | Honorable Blanche M. Manning |
| MARK VEHSLAGE, HEATHER LENGYEL, AND RICHARD SCHRIPSEMA, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: The Attached Service List /Certificate of Service

**PLEASE TAKE NOTICE** that on Tuesday, July 29, 2008, at 11:00 a.m., or as soon thereafter as we may be heard on this matter, the undersigned shall appear before the Honorable Blanche M. Manning, or any Judge sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Courtroom 2125, Chicago, Illinois, and present **Defendants' Motion to Dismiss the Amended Complaint Pursuant To Rule 12(b)** and **Memorandum of Law in Support** thereof, copies of which are attached hereto and herewith served upon you.

July 21, 2008

Respectfully Submitted,
Mark Vehslage and Heather Lengyel

/s/     Zhiyuan Xu
One of their Attorneys

Eugene J. Geekie, Jr.
Matthew C. Crowl
Zhiyuan "Mike" Xu
SCHIFF HARDIN LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, IL  60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
egeekie@schiffhardin.com
mcrowl@schiffhardin.com
mxu@schiffhardin.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 21, 2008, copies of the foregoing **Notice of Motion** were caused to be served upon the party listed below in the manner identified below.

**Via the ECF System**
James L. Kopecky
James L. Kopecky, P.C.
190 S. LaSalle St., Ste. 850-A
Chicago, Illinois 60610
Phone (312)-527-3966
Fax (312)-527-3968
jim@jlkopecky.com
*Counsel for Plaintiff*

/s/     Zhiyuan Xu