UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. KOPECKY, RECEIVER FOR BRAD A. WEAVER AND BETA ASSET MANAGEMENT, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  08 C 3135 |
| MARK VEHSLAGE, HEATHER LENGYEL, and RICHARD SCHRIPSEMA, | ) ) ) ) ) | Honorable Blanche M. Manning |
| Defendants. | ) ) | |

**RECEIVER'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT MARK VEHSLAGE**
_____

Plaintiff, James L. Kopecky ("the Receiver"), Receiver for Brad A. Weaver and Beta Asset Management, Inc., respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment against Defendant, Mark Vehslage ("Vehslage"). In support of this motion, the Receiver states as follows:

1. The Receiver brings this motion for partial summary judgment as to Count III of the Amended Complaint against Vehslage under Illinois's Uniform Fraudulent Transfer Act ("UFTA"), *see* 740 ILCS 160/1 *et seq.*  Partial summary disposition on Count III will dispose of the Receiver's Count III claim against Vehslage in its entirety.

2. Specifically, the Receiver seeks judgment against Vehslage in the amount of $2,600,000, which was transferred first to Lakewood Properties, Ltd., then to Defendant Mark Vehslage as a subsequent transferee, in the guise of "profits" from a fraudulent Ponzi scheme run by Brad Weaver.

3. In further support of his Motion, the Receiver incorporates herein his Memorandum and Statement of Undisputed Facts in Support of Motion for Summary Judgment.

WHEREFORE, Plaintiff, James L. Kopecky, Receiver for Brad A. Weaver and Beta Asset Management, Inc., requests that the Court (1) enter an Order granting summary judgment against Defendant, Mark Vehslage, and in favor of Plaintiff on Count III (Uniform Fraudulent Transfer Act) of Plaintiff's Complaint; (2) enter a money judgment against Defendant in the amount of $2,600,000 plus prejudgment interest; and (3) order such other relief as it deems just and appropriate.

> Respectfully submitted,
>
> JAMES L. KOPECKY, RECEIVER
> FOR BRAD A. WEAVER AND
> BETA ASSET MANAGEMENT, INC.
>
> /s James L. Kopecky

James L. Kopecky, ARDC No. 6225359
Elizabeth Neugent Dixon, ARDC No. 6280713
James L. Kopecky, P.C.
190 S. LaSalle St., Ste. 850-A
Chicago, Illinois 60603
T: (312) 527-3966
F: (312) 527-3968
Jim@jlkopecky.com
Elizabeth@jlkopecky.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 9th day of June, 2008, he caused a true and correct copy of *Receiver's Motion for Partial Summary Judgment Against Mark Vehslage* to be filed with the Clerk of the Court using the CM/ECF system and to be served on the following counsel of record via electronic filing notification:

Eugene J. Geekie,
Jr. Matthew C. Crowl
Zhiyuan "Mike" Xu
Schiff Hardin LLP
6600 Sears Tower
232 South Wacker Drive
Chicago, IL 60606

/s James L. Kopecky