UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES L. KOPECKY, RECEIVER FOR BRAD A. WEAVER AND BETA ASSET MANAGEMENT, INC., </br></br>Plaintiff, </br></br>v. </br></br>MARK VEHSLAGE, HEATHER LENGYEL, and RICHARD SCHRIPSEMA, </br></br>Defendants. | </br></br></br></br></br></br>Case No. 08 C 3135 </br></br>Honorable Blanche M. Manning |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 5, 2008 at 11:00 a.m. or as soon thereafter as Receiver may be heard, Receiver will present Receiver's **Motion for Partial Summary Judgment Against Defendant Mark Vehslage** to the Honorable Judge Blanche M. Manning, or any Judge sitting in her stead, in the Courtroom usually occupied by her, Courtroom 2125, at 219 S. Dearborn, Chicago, Illinois.

Respectfully submitted,

s/ Elizabeth Neugent Dixon
Attorney for the Plaintiff

James L. Kopecky, P.C.
190 S. LaSalle St., Ste. 850-A
Chicago, IL 60603
T: (312) 527-3966
F: (312) 527-3968

## CERTIFICATE OF SERVICE

I, Elizabeth Neugent Dixon, do hereby attest and state that on July 29, 2008, I caused Receiver's **Motion for Partial Summary Judgment Against Defendant Mark Vehslage** to be served on counsel of record via the U.S. District Court for the Northern District of Illinois' ECF system.

s/ Elizabeth Neugent Dixon

1