UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

James L. Kopecky
                Plaintiff,

v.
                                        Case No.: 1:08−cv−03135
                                        Honorable Blanche M. Manning

Mark Vehslage, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Receiver's motion for partial summary judgment [18] is held in abeyance pending resolution of motion to reasssign, pending before Judge Pallmeyer. Counsel shall advise the court when Judge Pallmeyer resolves that motion.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.