

# United States District Court
# Northern District of Illinois

In the Matter of

Jamse L. Kopecky

v.

Mark Vehslage, et al

Case No. 08 C 3135

Designated Magistrate Judge
~~Sidney I. Schenkier~~ Brown

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Blanche M. Manning** to be related to **04 C 8279** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Rebecca R. Pallmeyer

Dated: August 27, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Rebecca R. Pallmeyer**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: AUG 2 9 2008

Finding of Relatedness (Rev. 9/99)