UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. KOPECKY, RECEIVER FOR BRAD A. WEAVER AND BETA ASSET MANAGEMENT, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 C 3135 |
| MARK VEHSLAGE, HEATHER LENGYEL, and RICHARD SCHRIPSEMA, | ) ) ) ) ) | Honorable J. Pallmeyer |
| Defendants. | ) ) | |
| JAMES L. KOPECKY, RECEIVER FOR BRAD A. WEAVER AND BETA ASSET MANAGEMENT, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 C 4921 |
| RJM INVESTMENTS, et al., | ) ) ) | Honorable J. Pallmeyer |
| Defendant. | ) ) | |

**PLAINTIFFS' EMERGENCY MOTION FOR PREJUDGMENT ATTACHMENT**

Plaintiff, James L. Kopecky ("the Receiver"), Receiver for Brad A. Weaver and Beta Asset Management, Inc., respectfully moves the Court for Prejudgment Attachment against Defendants Mark Vehslage, Heather Lengyel, Richard Schripsema, and RJM Investments:

1.      The Receiver brings this motion for prejudgment attachment against Defendants Mark Vehslage, Heather Lengyel, Richard Schripsema, and RJM Investments under the Illinois Attachment Act, *see* 735 ILCS 5/4-101 *et seq*. Specifically, the Receiver seeks to attach these defendants' personal accounts and any other property that they may own, up to $2.6 million, pursuant to 735 ILCS 5/4-101(6-8).

2.      In further support of his Motion, the Receiver incorporates herein his Memorandum in Support of his Emergency Motion for Prejudgment Attachment against Defendants Mark Vehslage, Heather Lengyel, Richard Schripsema, and RJM Investments.

WHEREFORE, Plaintiff, James L. Kopecky, Receiver for Brad A. Weaver and Beta Asset Management, Inc., requests that the Court grant prejudgment attachment against Defendants Mark Vehslage, Heather Lengyel, Richard Schripsema pursuant to the Illinois Attachment Act and for such further relief as this Court deems just and proper.

Respectfully submitted,

JAMES L. KOPECKY, RECEIVER
FOR BRAD A. WEAVER AND
BETA ASSET MANAGEMENT, INC.

 /s Pravin B. Rao
Attorney for Plaintiff
Pravin B. Rao
Cynthia M. Peterson
PERKINS COIE LLP
131 S. Dearborn St., Suite 1700
Chicago, Illinois 60603
(312) 324-8592
(312) 324-9592 (facsimile)

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 21st day of January, 2009, he caused true and correct copies of the **Plaintiff's Emergency Motion for Prejudgment Attachment** to be filed with the Clerk of the Court using the CM/ECF system and to be served on the following counsel of record via electronic filing notification:

    Eugene J. Geekie, Jr.
    Matthew C. Crowl
    Zhiyuan "Mike" Xu
    Schiff Hardin LLP
    6600 Sears Tower
    232 South Wacker Drive
    Chicago, IL 60606

    Michael J. Wiek
    Smith & Weik LLC
    10 S. LaSalle, Suite 3702
    Chicago, IL 60603

                                                       /s Pravin B. Rao